450 A.2d 1071

Lake v. Lake, Appellant.

Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Submitted March 31, 1982. Gregory J. Lake, appellant, in propria persona; Barry M. Miller, for appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Order affirmed.

452 A.2d 25

Mensch, Appellant v. Bryn Athyn Church et al.

Reargument Denied Nov. 19, 1982.

Argued May 11, 1982. Stuart Marc Golant, for appellant; Joseph R. Musto, for appellee.

Before CAVANAUGH, CIRILLO and HOFFMAN, JJ.

Order affirmed.